## RECONSIDERATION OF PRIOR DECISIONS

**2001–1518. State v. Gapen.**
Montgomery C.P. 2000 CR 02945. Reported at 104 Ohio St.3d 358, 2004-Ohio-6548, 819 N.E.2d 1047. On motion for reconsideration. Motion denied.

LANZINGER, J., not participating.

**2003–0001. Arth Brass & Aluminum Castings, Inc. v. Conrad.**
Franklin App. No. 02APE01–0066, 2002-Ohio-6282. Reported at 104 Ohio St.3d 547, 2004-Ohio-6888, 820 N.E.2d 900. On motion for reconsideration. Motion denied.

RESNICK, J., dissents.

LANZINGER, J., not participating.

On motion to tax attorney fees as costs. Motion denied.

LUNDBERG STRATTON, J., dissents.

LANZINGER, J., not participating.

**2003–0622. Funtime, Inc. v. Wilkins.**
Board of Tax Appeals, No. 2001–A–342. Reported at 105 Ohio St.3d 74, 2004-Ohio-6890, 822 N.E.2d 781. On motion for reconsideration. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

LANZINGER, J., not participating.

**2003–1081 and 2003–1092. Gilchrist v. Gonsor.**
Cuyahoga App. No. 80944, 2003-Ohio-2297. Reported at 104 Ohio St.3d 599, 2004-Ohio-7103, 821 N.E.2d 154. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

LANZINGER, J., not participating.